**Information to identify the case:**

| | |
|---|---|
| Debtor 1 | **Jonathon Mark Crothers** |
| | First Name   Middle Name   Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court | Western District of Texas |
| Case number: | **23–10294–smr** |

Social Security number or ITIN   xxx–xx–9807

EIN   __–_____

Social Security number or ITIN   ____

EIN   __–_____

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Jonathon Mark Crothers
aka Jon Crothers, fdba Dust & Hammer
Remodeling

8/3/23

**For the court:**

*Barry D. Knight* (signature)

Barry D. Knight
Clerk of the Bankruptcy Court

---

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2**

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support
  obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
  decided or will decide are not discharged
  in this bankruptcy case;

♦ debts for most fines, penalties,
  forfeitures, or criminal restitution
  obligations;

♦ some debts which the debtors did not
  properly list;

♦ debts for certain types of loans owed to
  pension, profit sharing, stock bonus, or
  retirement plans; and

♦ debts for death or personal injury caused
  by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

> **This information is only a general summary
> of the bankruptcy discharge; some
> exceptions exist. Because the law is
> complicated, you should consult an
> attorney to determine the exact effect of the
> discharge in this case.**

United States Bankruptcy Court

Western District of Texas

In re:                                                                                           Case No. 23-10294-smr

Jonathon Mark Crothers                                                          Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0542-1                              User: admin                                    Page 1 of 2

Date Rcvd: Aug 03, 2023                     Form ID: 318                              Total Noticed: 25

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 05, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jonathon Mark Crothers, 109 San Gabriel River Road, Georgetown, TX 78626-2175 |
| 18464423 | + | Attorney General of Texas, Bankruptcy Collection Division, PO Box 12017, Austin, TX 78711-2017 |
| 18464424 | + | Becket Wells & Anastasia Wells, c/o Saxon Legal, PLLC, 2846 Gettysburg Drive, Austin, TX 78745-7544 |
| 18464427 | | CBE Group, Box 3251, Milwaukee, WI 53201-3251 |
| 18464431 | + | Jeffrey Zachter, Zachter Law, 30 Wall Street 8th Floor, New York, NY 10005-2205 |
| 18464434 | + | KIW Rivers Edge Venture, LLC, 6710 E Camelback Rd Ste 100, Scottsdale, AZ 85251-2031 |
| 18464433 | + | Katarina Mays, 156 Williams Creek Drive, Erwin, NC 28339-9094 |
| 18464435 | + | Latitude at Presidio, 3440 Ranch Trails, Cedar Park, TX 78613-2099 |
| 18464437 | + | Mantis Funding LLC, 2700 N Millitary Trl 450, Boca Raton, FL 33431-1808 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion07.au.ecf@usdoj.gov | Aug 03 2023 21:50:00 | United States Trustee - AU12, United States Trustee, 903 San Jacinto Blvd, Suite 230, Austin, TX 78701-2450 |
| 18464422 | | Email/Text: clerk@allmandlaw.com | Aug 03 2023 21:49:00 | Allmand Law Firm, PLLC, 860 Airport Fwy Ste 401, Hurst, TX 76054-3264 |
| 18464425 | + | Email/Text: jorleidy@bittyadvance.com | Aug 03 2023 21:49:00 | Bitty Advance 2 , LLC, 1855 Griffin Road #A-474, Dania, FL 33004-2241 |
| 18464426 | + | EDI: CAPITALONE.COM | Aug 04 2023 01:48:00 | Capital One, Atth: Bankruptcy, POBox 30285, Salt Lake City, UT 84130-0285 |
| 18464428 | | Email/Text: PTHESING@DVSJONES.COM | Aug 03 2023 21:49:00 | Davis & Jones LLC, Attn: Gordon Dean, 2521 Brown Blvd, Arlington, TX 76006 |
| 18464429 | + | EDI: DISCOVER.COM | Aug 04 2023 01:48:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 18464430 | | EDI: IRS.COM | Aug 04 2023 01:48:00 | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 18464436 | + | Email/Text: dallas.bankruptcy@LGBS.com | Aug 03 2023 21:50:00 | Linebarger Goggan Blair & Sampson LLP, Attn: Camille Stecker, 2777 N. Stemmons Freeway 1000, Dallas, TX 75207-2328 |
| 18464439 | + | EDI: NTXTOLWAY | Aug 04 2023 01:48:00 | NTTA, PO Box 660244, Dallas, TX 75266-0244 |
| 18464438 | + | EDI: NAVIENTFKASMSERV.COM | Aug 04 2023 01:48:00 | Navient Solutions Inc, 220 Lasley Ave, Wilkes Barre, PA 18706-1430 |
| 18464440 | + | Email/Text: enotifications@santanderconsumerusa.com | Aug 03 2023 21:50:00 | Santander Consumer USA, d/b/a Chrysler Capital, PO Box 961275, Fort Worth, TX 76161-0275 |
| 18464441 | + | Email/Text: bankruptcy@sunrisecreditservices.com | Aug 03 2023 21:49:00 | Sunrise Credit Services, Inc., Attn: Bankruptcy, 260 Airport Plaza, Farmingdale, NY 11735-3946 |

| District/off: 0542-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 03, 2023 | Form ID: 318 | Total Noticed: 25 |

| 18464442 | | Email/Text: bankruptcyclerk@tabc.texas.gov | | |
|---|---|---|---|---|
| | | | Aug 03 2023 21:50:00 | Texas Alcoholic Beverage Comm, Licenses and Permits Division, PO Box 13127, Austin, TX 78711-3127 |
| 18464445 | ^ | MEBN | | |
| | | | Aug 03 2023 21:47:21 | US Attorney General, US Department of Justice, 950 Pennsylvania Ave, NW, Washington, DC 20530-0009 |
| 18464443 | + | Email/Text: USATXW.BankruptcyNotices@usdoj.gov | | |
| | | | Aug 03 2023 21:49:00 | United States Attorney -Western, 601 NW Loop 410 Suite 600, San Antonio, TX 78216-5597 |
| 18464444 | + | Email/Text: USTPRegion07.SN.ECF@usdoj.gov | | |
| | | | Aug 03 2023 21:49:00 | United States Trustee - Western, 615 E. Houston Street, Suite 533, San Antonio, TX 78205-2055 |

TOTAL: 16

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 18464432 | *+ | Jonathon Mark Crothers, 109 San Gabriel River Road, Georgetown, TX 78626-2175 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2023          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 3, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Nicholas C Inman | |
| | on behalf of Debtor Jonathon Mark Crothers NInman@Allmandlaw.com dallasecf@allmandlaw.com;clerk@allmandlaw.com;ign@allmandlaw.com;r62733@notify.bestcase.com;allmandlaw@notifications.practicesavvy.com;allmanduser@gmail.com;dgaines@allmandlaw.com;AllmandLawFirmPLLC@jubileebk.net |
| Ron Satija | |
| | rsatija@haywardfirm.com rmcgraw@fsscommerce.com;RS135@trustesolutions.net;rsatija@ecf.inforuptcy.com;laura@satijatrustee.com |
| United States Trustee - AU12 | |
| | ustpregion07.au.ecf@usdoj.gov |

TOTAL: 3